IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JON PUCKET, | ) | 4:07CV3135 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CITY OF SEWARD, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's Motion to Dismiss (filing 37), Defendant's oral representation to the court that it joins in the motion, and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

March 24, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge